Niemeyer v. Tana Oil & Gas 

TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00017-CV

John C. Niemeyer, Petitioner

v.

Tana Oil and Gas Corporation and TECO Gas Marketing Company, Respondents

FROM THE DISTRICT COURT OF FAYETTE COUNTY, 155TH JUDICIAL DISTRICT

NO. 95V-273, HONORABLE DAN R. BECK, JUDGE PRESIDING

WRIT OF INJUNCTION

THE STATE OF TEXAS, COUNTY OF TRAVIS

TO: Respondents

 Whereas, John C. Niemeyer, Appellant, filed a Verified Petition in the Court of Appeals
for the Third District of Texas at Austin on January 21, 1997, in Cause No. 3-97-00017-CV on the
docket of the Court, wherein John C. Niemeyer is Appellant and Tana Oil and Gas Corporation and
TECO Gas Marketing Company are Appellees, alleging as follows:

 That the 155th District Court of Fayette County, Texas, did in Cause No. 95V-273 enter
an order denying Appellant's application for temporary injunction; that thereafter Appellant herein perfected
his appeal to the Court of Appeals for the Third District of Texas at Austin by filing an appeal bond with
the district clerk of Fayette County; and that Appellees herein will proceed in their lawsuit in the 94th
District Court of Nueces County, Texas, Cause No. 95-6143-C.

 The Justices for the Court of Appeals, Third District of Texas, at Austin, upon presentation
by Appellant of his Petition for Injunctive Relief, made an order thereon that is attached hereto.

 THEREFORE, you, Tana Oil and Gas Corporation and TECO Gas Marketing Company,
are temporarily enjoined and restrained from pursuing Cause No. 95-6143-C, presently pending in the 94th
Judicial District Court of Nueces County, Texas, during the pendency of this appeal or until further order
of this Court.

 Issued under my hand and seal this 14th day of February 1997.

 

 Diane O'Neal, Clerk

 Court of Appeals, Third District of Texas, at Austin